**Electronically Filed
Supreme Court
SCWC-13-0000058
17-SEP-2014
02:21 PM**

SCWC-13-0000058

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

SHIRLEY PISO PICO,
Petitioner/Claimant-Appellant,

vs.

KAPIOLANI MEDICAL CENTER FOR WOMEN AND CHILDREN,
nka HAWAI'I PACIFIC HEALTH,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000058; CASE NO. AB2012-347)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Claimant-Appellant Shirley Piso Pico's

Application for Writ of Certiorari, filed on August 5, 2014, is

hereby rejected.

DATED: Honolulu, Hawai'i, September 17, 2014.

Shirley Piso Pico                    /s/ Mark E. Recktenwald
pro se
                                     /s/ Paula A. Nakayama

                                     /s/ Sabrina S. McKenna

                                     /s/ Richard W. Pollack

                                     /s/ Michael D. Wilson

